[829 NE2d 668, 796 NYS2d 575]

In the Matter of PAUL C. MAGGIO, Doing Business as PATCHOGUE NURSING CENTER, Respondent, v BARBARA A. DeBUONO, as Commissioner of Health of the State of New York, et al., Appellants.

Decided March 31, 2005

## APPEARANCES OF COUNSEL

*Eliot Spitzer, Attorney General*, New York City (*Carol Fischer* of counsel), for appellants.

*Hamburger, Maxson, Yaffe, Wishod & Knauer, LLP*, Melville (*David N. Yaffe* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division, insofar as appealed from, should be reversed, with costs, and the petition dismissed in its entirety.

The Department of Health's reclassification of certain "restorative therapy" patients at a residential health care facility who showed no actual improvement as "maintenance therapy" patients was neither arbitrary nor capricious (*see Matter of Elcor Health Servs. v Novello*, 100 NY2d 273 [2003]).

Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH concur in memorandum.

On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order, insofar as appealed from, reversed, etc.